# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYA FANI,<br><br>                    Plaintiff,<br>vs.<br>SOUTHWEST AIRLINES,<br><br>                    Defendant. | CASE NO. 17cv314-LAB (MDD)<br><br>**ORDER OF DISMISSAL** |

After Plaintiff had failed to prosecute and it appeared Defendant Southwest Airlines had not been served, the Court ordered Plaintiff to show cause why this action should not be dismissed both for failure to serve and for failure to prosecute. The time to respond has long passed, and Plaintiff has not filed anything.

This action is therefore **DISMISSED WITHOUT PREJUDICE BUT WITHOUT LEAVE TO AMEND**, for failure to serve and for failure to prosecute.

**IT IS SO ORDERED**.

DATED: July 16, 2018

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

17cv314